# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BENJAMIN R. SITZMAN  
821 ASHLAND AVE.  
ROCKFORD, IL  61103  

SSN-xxx-xx-7277

Case Number: 04-70476

Case filed on: 1/30/2004  
Plan Confirmed on: 3/26/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,658.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 2,138.91 | 2,138.91 | 2,138.91 | 0.00 |
|  | Total Priority | 2,138.91 | 2,138.91 | 2,138.91 | 0.00 |
| 999 | BENJAMIN R. SITZMAN | 0.00 | 0.00 | 186.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 186.75 | 0.00 |
| 001 | AMCORE BANK NA | 5,800.00 | 5,800.00 | 5,800.00 | 1,396.95 |
|  | Total Secured | 5,800.00 | 5,800.00 | 5,800.00 | 1,396.95 |
| 001 | AMCORE BANK NA | 6,894.64 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 5,075.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 268.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 300.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FEATHERSTONE CLINIC | 976.77 | 0.00 | 0.00 | 0.00 |
| 008 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MONCO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PEDIATRIC ASSOCIATES OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 521.25 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 81.25 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 253.79 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,370.70 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 23,673.61 | 9,302.91 | 9,489.66 | 1,396.95 |

Total Paid Claimant:     $10,886.61  
Trustee Allowance:       $771.39  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2008          By   /s/Heather M. Fagan